Martin Holly (State Bar No. 201421)
*mdh@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant, TARGET CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRACY SATCHELL,<br><br>    Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION, and DOES 1 to 50, Inclusive,<br><br>    Defendant. | Case No. CV 16-03202 BRO (PLAx)<br><br>(State Case No. BC503637)<br><br>**ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT** |

The Request of Defendant TARGET CORPORATION to Remand to the Los Angeles County Superior Court has been fully considered by the Court and IT IS HEREBY ORDERED THAT the Request is GRANTED for the reasons set forth therein.  This matter is hereby remanded to the Los Angeles County Superior Court, Case No. BC503637.

**IT IS HEREBY ORDERED**

Dated: June 1, 2016                           _____
                                              HONORABLE BEVERLY REID O'CONNELL
                                              UNITED STATES DISTRICT COURT JUDGE

---

1

Case No. 2:16-cv-03202-BRO-PLA

**ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT**